NO. 07-04-0438-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

JANUARY 31, 2006
_____

BRENT LEE CROCKETT, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE
_____

FROM THE 84TH DISTRICT COURT OF HUTCHINSON COUNTY;

NO. 8792; HONORABLE WILLIAM D. SMITH, JUDGE
_____

Before REAVIS and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

Pending before this Court is appellant's pro se motion to dismiss his appeal. It is signed by appellant. Tex. R. App. P. 42.2(a). No decision of the Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed.

Also pending is the motion to withdraw filed by Donald F. Schofield, appellant's appointed counsel, which motion accompanied counsel's *Anders*[1] brief. The appeal having been dismissed, we dismiss counsel's motion to withdraw as moot.

James T. Campbell
Justice

Do not publish.

---

[1] *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).